**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RAMON WILLIAMSON**                                                                          **PLAINTIFF**
**ADC #143042**

v.                                      Case No. 4:19-cv-00945 BSM

**DEXTER PAYNE, Director,**                                                                  **DEFENDANT**
Arkansas Department of Correction

### ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge J. Thomas Ray [Doc. No. 6] has been received. After reviewing the record *do novo*, the RD is adopted. Ramon Williamson's petition for a writ of habeas corpus [Doc. No. 2] is denied, and this case is dismissed without prejudice. A certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(1)–(2). Williamson's motion to withdraw his objection [Doc. No. 8] is denied as moot.

IT IS SO ORDERED this 12th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE