# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RAMON WILLIAMSON**  **PLAINTIFF**
**ADC #143042**

v.          Case No. 4:19-cv-00945 BSM

**DEXTER PAYNE, Director,**  **DEFENDANT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE